IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JODY STANLEY, | |
|---|---|
| Plaintiff, | 8:16CV532 |
| vs. | |
| UNITED STATES OF AMERICA, | ORDER TO SHOW CAUSE |
| Defendant. | |

The above-captioned suit was filed on December 7, 2016. The parties were directed to file a Rule 26(f) Report no later than June 1, 2017. ([Filing No. 16](#).) On June 1, 2017, Timothy Hook, counsel for Defendant, filed a Rule 26(f) Report ([Filing No. 20](#)), noting that he had attempted to contact Plaintiff's counsel, Leonard W. Shefren, on May 17, 2017, May 26, 2017, May 31, 2017 and June 1, 2017 regarding completion of the Rule 26(f) Report, but had received no response from Mr. Shefren.

Accordingly,

**IT IS ORDERED** that by or before **June 22, 2017**, Plaintiff shall show cause why this action should not be dismissed based on the Plaintiff's failure to diligently pursue this suit and to comply with this Court's order. ([Filing No. 16](#)) Failure to comply with this Order will result in a recommendation to United States District Court Senior Judge Joseph F. Bataillon that this action be dismissed.

Dated this 8th day of June, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge