# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JODY STANLEY, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 8:16CV00532 <br><br> ORDER |

This matter came on for consideration upon the Motion and Stipulation of the parties that the case be dismissed with prejudice (Filing 38), each party to bear their own costs, and complete record waived. The Court, being fully advised in the premises, finds that such an order should issue.

IT IS THEREFORE ORDERED that this case is dismissed with prejudice, each party to bear their own costs, and complete record waived.

DATED this 1st day of February, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge